UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LUIS LLIVIGANAY,       :

    Plaintiff,  :  09 Civ. 737 (LAK)

 -against-  :  STIPULATION AND
        ORDER OF DISMISSAL
CIPRIANI USA INC, et. al.  :

    Defendants.  :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 1/31/11

  It having been reported to this Court that the above entitled action has been settled,

  It is, on this 25th day of January, 2011

  ORDERED that the above captioned matter be, and the same hereby is, discontinued with prejudice and without costs provided that within forty five (45) days of the date of this Order, the action may be reinstated for good cause shown.

Dated: New York, New York
    January 25, 2011

CONSENTED TO:

Michael Faillace and Associates, P.C.  Littler Mendelson, P.C.

_____  _____
By: Michael Antonio Faillace, Esq.  By: A Michael Weber, Esq.
Attorney for Plaintiff        Attorney for Defendant
Luis Lliviganay          Cipriani USA, Inc.

Dated: New York, New York
    January  2011

              SO ORDERED:

              _____
              Hon: Lewis A. Kaplan
              United States Magistrate Judge

              1/31/11